In the Matter of the Application of Gerald S. Griffin, Appellant, for a Writ of

Peremptory Mandamus against Henry S. Thompson, Individually and as Commissioner of the Department of Water Supply, Gas and Electricity, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Laughlin J., dissented.